## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:

MICHAEL STROM MEDLOCK.                  CHAPTER 7
                                        CASE NO.: 6:16-bk-06690-CCJ

    Debtors.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Angelo Castaldi of Tripp Scott, P.A., and hereby files his Notice of Appearance as counsel of record for the Creditor, VT Inc. as Trustee of World Omni LT, in the above-styled case, and requests that the firm be provided copies of all pleadings filed herein and any notice of the matters arising in this action may be duly served on the undersigned at the following address:

                                            TRIPP SCOTT, P.A.
                                            Counsel for Creditor
                                            110 SE 6th Street, 15th Floor
                                            Fort Lauderdale, FL 33301
                                            Angelo Castaldi, Esquire
                                            bankruptcy@trippscott.com
                                            Tel:  954-525-7500

                                            /s/ *Angelo Castaldi, Esquire*
                                            Angelo Castaldi, Esquire
                                            FBN: 0119098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was provided by U.S. 1st Class or electronic mail to **Michael Strom Medlock,** *Pro Se*, 3194 Sea World Court, Kissimmee, FL 34746; **Dennis D. Kennedy**, P.O. Box 541848, Merritt Island, FL 32954; **United States Trustee - ORL7/13**, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, on this 26th day of October, 2016.

                                            /s/ *Angelo Castaldi, Esquire*
                                            Angelo Castaldi, Esquire