FILED VIA MAIL

NOV 16 2016

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

**Fill in this information to identify your case:**

Debtor 1: Michael Strom Medlock
        First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 6:16-bk-06690-CCJ

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| | $32,087.44 | $21,413.00 | $10,674.44 |

**2.1** Southeast Toyota Finance
Creditor's Name

Attn: Bankruptcy Dept.
Number   Street

PO Box 991817

Mobile            AL    36691
City             State  ZIP Code

**Describe the property that secures the claim:**
2016 Toyota RAV4

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  04/17/0201

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  3  4  9  1

**2.2** _____
Creditor's Name

_____
Number   Street

_____

_____        _____  _____
City              State       ZIP Code

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$ _____   $ _____   $ _____

Add the dollar value of your entries in Column A on this page. Write that number here:  $ _____

**Fill in this information to identify your case:**

Debtor 1: Michael Strom Medlock
(First Name) (Middle Name) (Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): 6:16-bk-06690-CCJ

☑ Check if this is an amended filing

FILED VIA MAIL
NOV 16 2016
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1** _____
Priority Creditor's Name

_____
Number    Street

_____
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** _____
Priority Creditor's Name

_____
Number    Street

_____
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____    $_____    $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor 1 __Michael Strom Medlock__
           First Name    Middle Name    Last Name

Case number (if known) __6:16-bk-06690-CCJ__

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                      **Total claim**

**4.1** | **Citibank**
Nonpriority Creditor's Name
PO Box 6500
Number   Street
Sioux Falls     SD     57117
City     State     ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  __4__ __1__ __8__ __7__
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Credit Card__

$ __10,282.78__

**4.2** | **City of Columbia**
Nonpriority Creditor's Name
1136 Washington Street
Number   Street
Columbia     SC     29201
City     State     ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  __8__ __3__ __9__ __5__
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __Water Service__

$ __46.86__

**4.3** | **Comerica Bank**
Nonpriority Creditor's Name
1717 Main Street
Number   Street
Dallas     TX     75201
City     State     ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred? __05/01/2012__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __SBA Loan Guaranty__

$ __895,735.96__

Debtor 1  Michael Strom Medlock
         First Name  Middle Name  Last Name

Case number (if known) 6:16-bk-06690-CCJ

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.4

**Florida Emergency Physicians**
Nonpriority Creditor's Name

PO Box 96408
Number  Street

Oklahoma City    OK    73143
City             State  ZIP Code

Last 4 digits of account number  0  0  3  6     $ 1,242.00

When was the debt incurred?  01/05/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

### 4.5

**Florida Hospital**
Nonpriority Creditor's Name

601 E Rollins Street
Number  Street

Orlando    FL    32803
City       State  ZIP Code

Last 4 digits of account number  __ __ __ __     $ 4,000.00

When was the debt incurred?  01/05/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

### 4.6

**JP Morgan Chase and Co**
Nonpriority Creditor's Name

PO Box 15298
Number  Street

Wilmington    DE    19850
City          State  ZIP Code

Last 4 digits of account number  9  9  6  3     $ 1,740.35

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

Debtor 1   Michael Strom Medlock                     Case number (if known) _____
           First Name   Middle Name   Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                        **Total claim**

---

**4.7**

Palmetto Richland Hospital
Nonpriority Creditor's Name

5 Medical Park
Number   Street

Columbia                    SC      29203
City                        State   ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number  1  1  4  0         $4,677.36

When was the debt incurred?   06/15/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   Medical Bill

---

**4.8**

US Dept of the Treasury
Nonpriority Creditor's Name

PO Box 830794
Number   Street

Birmingham                  AL      35283
City                        State   ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number  7  3  7  B         $624,791.60

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   SBA Loan Guaranty

---

☐

Nonpriority Creditor's Name

_____
Number   Street

_____
City                        State   ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __         $_____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1  Michael Strom Medlock
First Name   Middle Name   Last Name

Case number (if known) 6:16-bk-06690-CCJ

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **Name:** Transworld Systems Inc. | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Number Street:** Two Huntington Quadrangle | Line 4.7 of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| **City/State/ZIP:** Melville, NY 11747 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number  1 1 4 0 |

On which entry in Part 1 or Part 2 did you list the original creditor?
Line ____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number ___ ___ ___ ___

(Additional blank entries repeated for: Name, Number/Street, City/State/ZIP — with corresponding On which entry / Line / Last 4 digits fields, all unfilled.)

Debtor 1  **Michael Strom Medlock**
         First Name    Middle Name    Last Name

Case number (if known) 6:16-bk-06690-CCJ

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ 0.00 |
|  | 6b. Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
|  | 6e. Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $ 0.00 |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 1,542,516.91 |
|  | 6j. Total. Add lines 6f through 6i. | 6j. | $ 1,542,516.91 |

Official Form 106E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 1 of 1

UNITED STATES BANKRUPTCY COUTY
Middle District of Florida

Michael Strom Medlock           )     Case No.: 6:16-bk-06690-CCJ
                                )     Chapter 7
              Debtor            )

I have examined the Amended Schedules D and E/F, and I declare under penalty of perjury that the information is true and correct

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____
Michael S. Medlock
November 14, 2016

UNITED STATES BANKRUPTCY COUTY
Middle District of Florida

Michael Strom Medlock            )        Case No.: 6:16-bk-06690-CCJ
                                 )        Chapter 7
                Debtor           )

## CERTIFICATE OF SERVICE

I hereby certify that correct copies of the Amended Schedules D and E/F was mailed first class, postage paid, this 14th day of November, 2016 to:

Dennis D. Kennedy, Esq,
Trustee
PO Box 541848
Merritt Island, FL 32954

United States Trustee – ORL7/13
400 W Washington St, Suite 1100
Orlando, FL 32801

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Angelo Castaldi, Esq.
110 SE 6th St., 15th Floor
Fort Lauderdale, FL 33301

Citibank
PO Box 6500
Sioux Falls, SD 57117

City of Columbia
Water Customer Service
1136 Washington Street
Columbia, SC 29201

Comerica Bank
1717 Main Street
Dallas, TX 75201

Florida Emergency Physicians
PO Box 96408
Oklahoma City, OK 73143

Florida Hospital
601 E Rollins St
Orlando, FL 32803

JP Morgan Chase and Co
PO Box 15298
Wilmington, DE 19850

Palmetto Richland Hospital
5 Medical Park Rd
Columbia, SC 29203

Transworld Systems Inc.
Two Huntington Quadrangle
Melville, NY 11747

US Department of the Treasury
PO Box 830794
Birmingham, AL 35283

_____
Michael S. Medlock
November 14, 2016

3194 Sea World Ct
Kissimmee, FL 34746
November 13, 2016

Clerk of Court
US Bankruptcy Court
400 W Washington Street
Orlando, FL 32801

Re: Michael S. Medlock, Debtor
Case No.: 6:16-bk-06690-CCJ

Dear Clerk:

Enclosed herewith for filing in the above referenced matter, Please find:

1. Amended Schedule D;
2. Amended Schedule E/F;
3. Affidavit; and
4. Certificate of Service.

Please note that the amendments are to correct deficiencies at the original filing. No dollar amounts have changed, and no other schedules have changed.

Thank you for your considerate attention.

Sincerely,

Michael S. Medlock